UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FRIAS JR.,<br>Plaintiff,<br>v.<br>LEANNE LUNDY,<br>Defendant. | Case No. 26-cv-06183-VC<br><br>**ORDER OF DISMISSAL** |

Gregorio Frias Jr. filed a Petition for Writ of Habeas Corpus. The same day, the Clerk sent Frias a notice his completed *in forma pauperis* application or $5.00 filing fee was due within 28 days of the filing date of the Clerk's notice. The notice included a blank copy of the required form and warned Frias if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Frias has not filed the documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 27, 2026

VINCE CHHABRIA
United States District Judge